UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DONALD MACK GLAUDE,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA ARDELL SMITH,<br><br>Defendant. | Case No. 25-cv-07606-RFL<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 6 |

The request for reconsideration is **DENIED**. (*See* Dkt. No. 6.) As explained in the prior order (*see* Dkt. No. 5), the Superior Court's entries of judgment in favor of the Trust in the unlawful detainer actions conclusively establish Glaude's lack of a possessory interest in the subject property, as between Glaude and the Trust. That remains true regardless of whether other litigation concerning the property is pending in state court. Glaude also represents that the Superior Court "in the underlying eviction case GRANTED a stay pending appeal," but he does not state whether the stay remains in effect. If the judgments in favor of the Trust in the unlawful detainer actions are stayed, then Glaude has not shown irreparable harm based on an imminent danger of eviction. On the other hand, if the stay has expired, then the judgments are conclusive as to Glaude's lack of a possessory interest, as between him and the Trust.

**IT IS SO ORDERED.**

Dated: October 3, 2025

RITA F. LIN
United States District Judge