Entered on Docket
November 21, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: November 21, 2025**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Donald Mack Glaude, Pro Se,<br><br>    Debtor. | Case No. 25-41253 WJL<br><br>Chapter 13 |

### MEMORANDUM REGARDING RECOMMENDATION OF DISMISSAL

On July 29, 2025, Creditor Jessica Ardell-Smith, individually and as Trustee of the VMN Irrevocable Trust filed a Motion for Relief from Stay (the "Motion") in the above-captioned case [Dkt. #12]. On August 22, 2025, Debtor appealed the order granting relief from the automatic stay [Dkt. #36] (the "Appeal Regarding Relief from Automatic Stay"). Debtor also filed a Motion for Stay Pending Appeal, requesting a stay of the order granting relief from the automatic stay until the conclusion of his appeal [Dkt. #39]. The Court hereafter denied the Motion for Stay Pending Appeal [Dkt. #50]. The above-captioned Chapter 11 case was dismissed on September 26, 2025 [Dkt. #69] for the failure to provide required information.

The Court, having issued its Notice of Failure to Perfect Appeal [Dkt. #68] and having given notice to the Debtor of the deficiency, and the time to correct the deficiency (7 days), and noting that the Debtor has taken no action to correct this deficiency, hereby recommends the

Appeal Regarding Relief from Automatic Stay be dismissed.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

**Donald Mack Glaude**

8096 Juniper Ave

Newark, CA 94560

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 11/21/2025 |
| Case: 25−41253 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Donald Mack Glaude      8096 Juniper Ave      Newark, CA 94560

TOTAL: 1